U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2025 MAY -8 P 1:37
CAROL L. MICHEL
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**FELONY**

**INDICTMENT FOR VIOLATIONS OF THE FEDERAL CONTROLLED SUBSTANCES ACT, THE FEDERAL GUN CONTROL ACT, AND ATTEMPTED CARJACKING**

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.** | 25-122 |
| **v.** | * | **SECTION:** | SECT. O MAG.5 |
| **DARRION BROWN** | * | **VIOLATIONS:** | 18 U.S.C. § 922(g)(1) |
| | | | 18 U.S.C. § 922(o) |
| | * | | 18 U.S.C. § 924(a)(2) |
| | | | 18 U.S.C. § 924(a)(8) |
| | * | | 18 U.S.C. § 924(c)(1)(A)(i) |
| | | | 18 U.S.C. § 2119(1) |
| | * | | 21 U.S.C. § 841(a)(1) |
| | | | 21 U.S.C. § 841(b)(1)(C) |
| | * | | 21 U.S.C. § 841(b)(1)(D) |

* * *

The Grand Jury charges that:

**COUNT 1**
(Possession with the Intent to Distribute Controlled Substances)

On or about February 14, 2024, in the Eastern District of Louisiana, the defendant, **DARRION BROWN**, did knowingly and intentionally possess with the intent to distribute a quantity of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance; and a quantity of a mixture or substance containing a detectable amount of

Fee USA
Process
X Dktd
CtRmDep
Doc. No.

marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 841(b)(1)(D).

**COUNT 2**

(Possession of Firearms in Furtherance of a Drug Trafficking Crime)

On or about February 14, 2024, in the Eastern District of Louisiana, the defendant, **DARRION BROWN**, did knowingly possess firearms, to wit: a Glock Model 20, 10mm handgun, serial number BWBK774, and a Glock Model 21, 9mm handgun, serial number TPE014, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute controlled substances, as charged in Count 1 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

**COUNT 3**

(Possession of Firearms by a Convicted Felon)

On or about February 14, 2024, in the Eastern District of Louisiana, the defendant, **DARRION BROWN**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: a conviction on January 16, 2016, in the 22nd District Court for the Parish of St. Tammany, Case Number 566086, for Attempted Illegal Carrying of a Weapon While in Possession of Methamphetamine, in violation of LA-R.S. 14:27:95(E); a conviction on July 25, 2017, in Orleans Parish Criminal District Court, Case Number 532-988 "G," for Illegal Carrying of a Weapon with CDS, in violation of LA-R.S. 14:95(E), and Aggravated Assault with a Firearm, in violation of LA-R.S. 14:37.4; and, a conviction on February 10, 2020, in the 24th Judicial District Court for the Parish of Jefferson, Case Number 19-4782 "J," for Convicted Felon with a Firearm, in violation of LA-R.S. 14:95.1, Possession with Intent to Distribute Heroin, in violation of LA-R.S. 40:966.A, and Possession with Intent to Distribute Cocaine, in violation of LA-R.S. 40:967.A; did knowingly possess firearms, to wit: a Glock Model 20, 10mm handgun,

serial number BWBK774; and a Glock Model 21, 9mm handgun, serial number TPE014, and ammunition, said firearms and ammunition having been in and affecting commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

**COUNT 4**
(Possession of Machineguns)

On or about February 14, 2024, in the Eastern District of Louisiana, the defendant, **DARRION BROWN**, did knowingly possess machineguns, that is, one auto-sear switch attached to the Glock Model 20, 10mm handgun, serial number BWBK774, and a second, separate auto-sear switch, which was not attached to any firearm, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

**COUNT 5**
(Attempted Carjacking)

On or about February 14, 2024, in the Eastern District of Louisiana, the defendant, **DARRION BROWN**, did knowingly attempt to take a motor vehicle, a 2024 Chevrolet Equinox, that had been transported, shipped, and received in interstate commerce, from the person or presence of another by force, violence, and intimidation, with the intent to cause death or serious bodily injury, in violation of Title 18, United States Code, Section 2119(1).

**NOTICE OF FORFEITURE**

1. The allegations of Counts 1 through 5 this Indictment are incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

2. As a result of the offense alleged in Count 1, the defendant, **DARRION BROWN**, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property, constituting or derived from, any proceeds obtained, directly or indirectly, as the result

of said offense, and any property, used or intended to be used, in any manner or part to commit or to facilitate the commission of said offense.

3. As a result of the offenses alleged in Counts 2 through 5, the defendant, **DARRION BROWN**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in the commission of said offenses, including but not limited to the following:

Glock Model 20, 10mm handgun, serial number BWBK774

Glock Model 21, 9mm handgun, serial number TPE014

Fifty-one (51) rounds of 10mm ammunition

One (1) round of 9mm ammunition

One (1) 10mm drum magazine

One (1) 9mm 15-round magazine

Two (2) auto sears and Glock switches.

4. As a result of the offense alleged in Count 4, the defendant, **DARRION BROWN**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 982(a)(5), any property, constituting or derived from, any proceeds obtained directly or indirectly, as the result of said offense.

5. If any of the above-described property, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty.

the United States shall seek a money judgment and, pursuant to Title 21, United States Code, Section 853(p), forfeiture of any other property of the defendant up to the value of said property.

A TRUE BILL:

[redacted]

MICHAEL M. SIMPSON
ACTING UNITED STATES ATTORNEY

JAMES N. OLLINGER
Special Assistant United States Attorney
Bar Roll Number 1758J59O

New Orleans, Louisiana
May 8, 2025

FORM OBD-34

*No.*

**UNITED STATES DISTRICT COURT**

Eastern *District of* Louisiana

Criminal *Division*

**THE UNITED STATES OF AMERICA**

**vs.**

**DARRION BROWN**

# INDICTMENT

**INDICTMENT FOR VIOLATIONS OF THE FEDERAL CONTROLLED SUBSTANCES ACT, THE FEDERAL GUN CONTROL ACT, AND ATTEMPTED CARJACKING**

**VIOLATIONS:**
**18 U.S.C. § 922(g)(1)**
**18 U.S.C. § 922(o)**
**18 U.S.C. § 924(a)(2)**
**18 U.S.C. § 924(a)(8)**
**18 U.S.C. § 924(c)(1)(A)(i)**
**18 U.S.C. § 2119(1)**
**21 U.S.C. § 841(a)(1)**
**21 U.S.C. § 841(b)(1)(C)**
**21 U.S.C. § 841(b)(D)**

[redacted]

*Filed in open court this* ____________ *day of* ___ *A.D. 2025.*

____________

*Clerk*

*Bail, $*

**JAMES N. OLLINGER**
**Special Assistant United States Attorney**